**Entered on Docket**
**November 20, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

BONNIE LYNN JOHNSTON,                                         No. 07-10836

                     Debtor(s).
_____/

PAUL FINANCIAL, LLC,

                     Plaintiff(s),

      v.                                                                                       A.P. No. 07-1082

BONNIE LYNN JOHNSON, et al.,

                     Defendant(s).
_____/

Memorandum
_____

       The court doubts that it will retain jurisdiction of this case, as it does not appear to be a proper action against a debtor in bankruptcy and there appear to be numerous parties other than the debtor. Pending the hearing, the court suggests that the parties review *In re Goscicki*, 207 B.R. 893 (9th cir. BAP 1997).

       All parties are directed to use a proper adversary proceeding caption (see above) and amend any improperly-captioned pleadings.

Dated: November 20, 2007

                                                                                    Alan Jaroslovsky
                                                                                    U.S. Bankruptcy Judge